No. 62797.—Center Tool Co. et al. *v.* United States, protests 229310–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of angle plates similar in all material respects to those the subject of Abstract 61507, the claim of the plaintiffs was sustained.